KACHROO LEGAL SERVICES P.C.
Gaytri D. Kachroo
Gaytri Kachroo
245 Park Avenue, 39th Floor
New York, NY 10167
Tel: (212) 372-8939
Fax: (617) 864-1125

*Attorneys forThe Diana Melton Trust, Dated 12/05/05*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Defendant. | |

**<u>CUSTOMER'S MOTION SEEKING WITHDRAWAL OF THE REFERENCE</u>**

1

PLEASE TAKE NOTICE THAT The Diana Melton Trust, Dated 12/05/05 respectfully moves the United States District Court for the Southern District of New York for an order, pursuant to 28 U.S.C. Section 157(d), Federal Rule of Bankruptcy Procedure 5011, and Local Bankruptcy Rule 5011-1, withdrawing the reference of the above-captioned adversary proceeding to the Bankruptcy Court for the reasons set forth in the accompanying Memorandum of Law in Support of Customer's Motion for Mandatory Withdrawal of the Reference.

Movant has made no prior request for the relief sought herein.

WHEREFORE, Movant respectfully requests that the District Court enter an order granting the relief requested herein, and such other and further relief as the District Court deems appropriate.

Dated: December 20, 2013

KACHROO LEGAL SERVICES P.C.
**s/ Gaytri D. Kachroo**
Gaytri Kachroo
245 Park Avenue, 39th Floor
New York, NY 10167
Tel: (212) 372-8939
Fax: (617) 864-1125

*Attorneys for The Diana Melton Trust, Dated 12/05/05*